■ NETTA POCCHIA et al., Respondents, v FARAJOLAH MOTA-HEDEH, Appellant, et al., Defendants.—On the court's own motion, it is

Ordered that the decision and order of this court, both dated September 29, 1986, which determined an appeal (123 AD2d 426) from a judgment of the Supreme Court, Kings County, dated August 2, 1984, are amended by adding to the decretal paragraph thereof after the words "and new trial granted", the words "with costs to abide the event". Mangano, J. P., Thompson, Brown and Weinstein, JJ., concur.